UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ADRIANA ISABEL CAMBEROS (1),<br>  aka "Adriana Shayota",<br>ANDRES ENRIQUE CAMBEROS (2),<br><br>Defendants. | Case No.: 23-CR-1916-BAS<br><br>**ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |

Upon the United States' motion for an order excluding time under the Speedy Trial Act, and good cause appearing, IT IS HEREBY ORDERED that the time from March 25, 2024 through October 1, 2024, including from the date of the United States' motion through October 1, 2024, is excluded under the Speedy Trial Act as to both Defendants. The Court finds this time excludable, including as of the date of this Order through October 1, 2024 and October 8, 2024, based on pending motions, 18 U.S.C. § 3161(h)(1)(D), and because of the ends of justice served by the continuance outweigh the interests of the public and defendants to a speedy trial, including by allowing the defense time to prepare for trial, *id.*, § 3161(h)(7)(A); *see also United States v. Butz*, 982 F.2d 1378, 1381 (9th Cir. 1993) (under § 3161(h)(7), in multi-defendant case when defendants are joined, time for trial has

not run, and no motion for severance has been granted, holding that "an exclusion to one defendant applies to all co-defendants" (citations omitted)). IT IS FURTHER ORDERED that the time from October 1, 2024 through October 8, 2024 is excluded under the Speedy Trial Act in the interests of justice, 18 U.S.C. § 3161(h)(7)(A), as set forth in the parties' joint motion for a continuance of the trial date, Dkt. 67, and the Court's order thereon.

IT IS SO ORDERED.

DATED: April 5, 2024

Honorable Cynthia Bashant
United States District Judge

2