# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ADRIANA ISABEL CAMBEROS (1) and ANDRES CAMBEROS (2),<br><br>Defendants. | Criminal Case No. 23-CR-1916-BAS<br><br>ORDER REGARDING AMENDED PRELIMINARY ORDERS OF CRIMINAL FORFEITURE AND THIRD-PARTY MOTION TO VACATE |

On December 17, 2025, at the request of the Government, the Court issued a First Amended Preliminary Order of Criminal Forfeiture ("Amended Preliminary Order"). [ECF Nos. 332, 333.] Although this was just a Preliminary Order of Forfeiture, Andres Camberos filed a Notice appealing the Order. [ECF No. 334.]

Defendants moved to vacate, stay or for reconsideration of the Order on December 31, 2025. [ECF 337.] Notice of Acceptance of Pardons [ECF 341] was filed on January 15, 2026 and on January 27, 2026 a Third Party Motion to Vacate and Ancillary Petition of Petitioner Melissa Camberos to Assert Interest in Substitute Property [ECF 344] was

filed. The Ninth Circuit Court of Appeals issued a mandate on January 28, 2026, ordering the existing briefing schedule remain in effect.

To the extent Defendants move to vacate or reconsider the Order, this Court no longer has jurisdiction to consider the issue. See *Natural Resources Defense Council, Inc. v. Southwest Marine, Inc.,* 242 F.3d 1163, 1166 (9th Cir. 2001) ("Once a notice of appeal is filed, the district court is divested of jurisdiction over the matters being appealed.") (citing *Griggs v. Provident Consumer Discount Co.,* 459 U.S. 56, 58 (1982) (per curiam). This "promote[s] judicial economy and avoid[s] the confusion that would ensue from having the same issues before two courts simultaneously." *Id.*

However, to the extent Defendants are requesting that the Amended Preliminary Order of Forfeiture be stayed pending appeal, the Court will GRANT the request. See *Natural Resources Defense Council,* 242 F.3d at 1166 ("The district court retains jurisdiction during the pendency of an appeal to act to preserve the status quo.")

The Motions to Vacate or For Reconsideration are DENIED. However, the Motions to STAY the Preliminary Orders of Criminal Forfeiture pending appeal are GRANTED. The Third-Party Motion to Assert Interest and to Amend the Preliminary Order of Forfeiture is MOOT pending the stay.

Dated:   January 28, 2026

_____

Hon. Cynthia Bashant, Chief Judge
United States District Court